**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** Allston    **Category No.** II    **Investigating Agency** DEA

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: 25-4120-DHH
- Search Warrant Case Number: 25-4121-DHH
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ☑ No

**Defendant Information:**

**Defendant Name:** Peter Schiepers    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** 41 Allston Street, Apt. 1, Boston, MA 02134

**Birth date (Yr only):** 1992   **SSN (last 4#):** 5362   **Sex:** M   **Race:** W   **Nationality:** UNK

**Defense Counsel if known:** Curtis Pouliot-Alvarez    **Address:** Federal Public Defender

**Bar Number:** _____    51 Sleeper Street, 5th Fl., Boston, MA 02210

**U.S. Attorney Information**

**AUSA:** John O. Wray    **Bar Number if applicable:** 714663

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Judge Hennessy   on March 14, 2025

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/3/2025    **Signature of AUSA:** *John O. Wray* (signature)

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Peter Schiepers

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) | Distribution and Possession with Intent to Distribute 5 Grams or More of Methamphetamine | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) | Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine and 1,4-Butanediol | 2 |
| Set 3 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine and 1,4-Butanediol | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**