UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER SCHIEPERS,<br>            Defendant. | Criminal No. 25-10117-RGS |

**JOINT INTERIM STATUS REPORT AND**
**MOTION FOR ORDER OF EXCLUDABLE DELAY**

The parties in the above-captioned matter submit this initial status report pursuant to Local Rule 116.5(a) of the Local Rules for the United States District Court for the District of Massachusetts.

1. The parties request that the Court cancel the interim status conference scheduled for July 15, 2025, because the parties have complied with Local Rule 116.5(b) and there are no issues requiring the Court's attention.

2. The government represents that automatic discovery required under Local Rule 116.1(c) is complete. The government produced its discovery materials on May 6, 2025. The government is aware of its continuing duty to supplement discovery if it receives additional materials.

3. Defendant is reviewing the materials produced thus far and has no current plans to make a discovery request.

4. The parties request an interim status conference at a time convenient for the Court after September 15, 2025.

5. At this time, the parties do not believe a protective order is warranted because the sensitive information has been redacted. If the defendant believes the redacted information is pertinent, the parties will request a protective order.

6. The defendant does not plan on asserting the defenses of insanity, public authority, or alibi.

7. The defendant states that it is premature to decide whether any Rule 12(b) motions are appropriate.

8. The parties agree that the government will provide its expert disclosures 21 days prior to trial. The defendant will provide expert disclosures 14 days prior to trial.

9. Given the ongoing review of discovery, the parties have not begun substantive plea discussions. In a trial, this case would last approximately three to five trial days.

10. All time has been excluded under the Speedy Trial Act from the date of the defendants' arraignment on April 8, 2025 through July 15, 2025. *See* ECF Nos. 26 & 30.

11. The parties request that the Court exclude the time under the Speedy Trial Act until the date of the next status conference because the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

July 7, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ John O. Wray*          By: */s/ Curtis Pouliot-Alvarez*
John O. Wray                    CURTIS POULIOT ALVAREZ
Assistant U.S. Attorney         Counsel for Defendant Peter Schiepers

**CERTIFICATE OF SERVICE**

    I, John O. Wray, Assistant U.S. Attorney, do hereby certify that I served a copy of the foregoing on all registered parties by electronic filing on ECF at the date listed above.

                                           */s/ John O. Wray*
                                           John O. Wray
                                           Assistant U.S. Attorney