UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER SCHIEPERS,<br>             Defendant. | Criminal No. 25-10117-RGS |

**JOINT FINAL STATUS REPORT AND**
**MOTION FOR ORDER OF EXCLUDABLE DELAY**

The parties in the above-captioned matter submit this initial status report pursuant to Local Rule 116.5(a) of the Local Rules for the United States District Court for the District of Massachusetts.

1. The parties request that the Court cancel the final status conference scheduled for September 11, 2025, because the parties have complied with Local Rule 116.5(b) and there are no issues requiring the Court's attention.

2. The defendant requests that the case be transferred to the district judge for a Rule 11 hearing

3. The parties request that the Court exclude the time under the Speedy Trial Act until the date of the Rule 11 because the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

September 4, 2025

Respectfully submitted,
LEAH B. FOLEY
United States Attorney

By: */s/ John O. Wray*                By: */s/ Curtis Pouliot-Alvarez*
John O. Wray                          CURTIS POULIOT ALVAREZ
Assistant U.S. Attorney               Counsel for Defendant Peter Schiepers

2

## **CERTIFICATE OF SERVICE**

    I, John O. Wray, Assistant U.S. Attorney, do hereby certify that I served a copy of the foregoing on all registered parties by electronic filing on ECF at the date listed above.

                                                  */s/ John O. Wray*
                                                John O. Wray
                                                Assistant U.S. Attorney